# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USIO, INC., *Plaintiff* | § § § § § § § § | SA-23-CV-00840-XR |
| -vs- | | |
| BEN KAUDER, NINA PIOLETTI, TRIPLE PLAY PAY, INC., *Defendants* | | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff USIO, Inc. shall take nothing by its claims against Defendants Ben Kauder, Nina Pioletti, Triple Play Pay, Inc. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

It is so **ORDERED**.

**SIGNED** this 8th day of December, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE